United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 23, 2015
Docket #: 15-2ag
Short Title: National Labor Relations Board v. Rose Fence, Inc.

Agency #: 29-CA-030485
Agency: NLRB Agency #: 29-CA-030537
Agency: NLRB

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for a default judgment filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, March 10, 2015.

Inquiries regarding this case may be directed to 212-857-8595.